HARRIET STRACK, Respondent, v. WILLIAM PLATT KELLETT, JR., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

EDWIN J. SMITH, Respondent, v. WALTER E. DISNEY, Also Known as WALT DISNEY, Doing Business under the Name of DISNEY CARTOONS, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to an application to take testimony by deposition. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired, for the Same Purpose in Fee to the Real Property that Shall or May Be Required for the Widening of Chrystie Street from Canal Street to East Houston Street, Forsyth Street from East Broadway to East Houston Street, Hester Street, Broome Street, Rivington Street and Stanton Street from Chrystie Street to Forsyth Street, Together with the Additional Lands to Be Acquired in Connection Therewith, in the Borough of Manhattan, City of New York. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, Respondent; MANUFACTURERS TRUST COMPANY, Appellant, Respondent.— Order so far as appealed from modified by striking therefrom the following: " Ordered, that the Comptroller of the City of New York be, and he hereby is, directed to pay over to the Emigrant Industrial Savings Bank, out of said award, the sum of $27,300.00, with interest thereon from August 9th, 1929, at the rate of $5\frac{1}{2}\%$ per annum to the date of payment affecting Damage Parcel No. 258 in this proceeding, upon execution and delivery to the Comptroller of the City of New York of a satisfaction of the mortgage of the said Emigrant Industrial Savings Bank affecting said premises, together with the original mortgage;" and inserting in lieu thereof the following: " Ordered, that the Comptroller of the City of New York be, and he hereby is, directed to pay over to the Emigrant Industrial Savings Bank, out of said award, the sum of $27,300.00, with interest thereon from August 9th, 1929, at the rate of $6\%$ per annum to the date of payment affecting Damage Parcel No. 258 in this proceeding, upon execution and delivery to the Comptroller of the City of New York of a satisfaction of the mortgage of the said Emigrant Industrial Savings Bank affecting said premises, together with the original mortgage;" and as so modified affirmed. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.,

CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Respondent, v. ANNA SMITH, Appellant, Impleaded with Others. (Actions Nos. 1 and 2.) (31 and 33 Sutton Place.)— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

In the Matter of the Application of LAWRENCE H. FENDER, Respondent, against ABRAHAM KAPLAN and Others, as Members of the Civil Service Commission of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.